IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PEOPLES NATIONALS BANK, N.A.,

Plaintiff-Appellee,

v.

CORT JONES, LISA JONES
Defendant-Appellees,

          NO. 12-0045-DRH

BANTERRA BANK.          BK NO. 10-41897
Defendant-Appellant.      ADV CASE NO.11-04050

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 27, 2012, the Court **REMANDS** this case to the Bankruptcy Court for further proceedings consistent with that Order.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT

                      BY:      *s/Sandy Pannier*
                              **Deputy Clerk**

Dated: August 27, 2012

                      Digitally signed by
                      David R. Herndon
                      Date: 2012.08.27
                      16:13:39 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT